IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14cv51-GCM

| ROBERT ROMERO, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | **ORDER** |
| CAROLYN W. CLOVIN,<br>Acting Commissioner of Social Security, | ) |  |
| Defendant. | ) |  |

**THIS MATTER** is before the Court on Plaintiff's *pro se* Motion for Summary Judgment (Doc. No. 10) filed June 23, 2014 and Defendant's Motion for Summary Judgment (Doc. No. 12) filed August 22, 2014.

Plaintiff has appealed Defendant's December 31, 2013 denial of disability benefits. In his *pro se* Motion for Summary Judgment, Plaintiff fails to raise any specific errors in the ALJ's decision or allege that the decision is not supported by substantial evidence. Instead, Plaintiff complains generally that his health problems have deteriorated since 2010 and that his financial situation is bleak. The Court has reviewed the record and finds that the Commissioner's decision is supported by substantial evidence. Accordingly,

**IT IS THEREFORE ORDERED** that the Commissioner's decision is **AFFIRMED**; Plaintiff's Motion for Summary Judgment (Doc. No. 10) is **DENIED**; and Defendant's Motion for Summary Judgment (Doc. No. 12) is **GRANTED**.

Signed: February 27, 2015

Graham C. Mullen
United States District Judge